IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRIME TIME HEALTHCARE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BEDROCK HCS AT RIVERDALE LLC, and in all other capacities;<br><br>Defendant. | 8:23CV428<br><br>ORDER |

After the January 30, 2025 telephone conference with the undersigned, the parties conferred regarding the extension of the unexpired progression deadlines and agreed to certain extensions. Accordingly,

IT IS ORDERED that the parties' joint motion to extend (Filing No. 75) is granted. The unexpired deadlines in Filing No. 64 are amended as follows:

1)  The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **April 8, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 3, 2025.

3)  The deadline for filing motions to dismiss and motions for summary judgment is March 26, 2025.

4)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 2, 2025.

5)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge